IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| SANDRA YOUNG, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. PJM 09-CV-2250 |
| v. | ) |
| VIABLE COMMUNICATIONS, INC., *et al.*, | ) |
| Defendants. | ) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER
TO FURTHER EXTEND THE DEADLINE FOR DISPOSITIVE PRETRIAL MOTIONS**

Defendant Mary Yeh, by and through her undersigned counsel, and with the consent of the Plaintiffs, Defendant Viable Communications, Inc., Defendant John Yeh and Defendant Joseph Yeh; moves this Court to amend the Scheduling Order entered on December 1, 2009 and this Court's order of October 1, 2010 to extend the deadline for Dispositive Pretrial Motions until December 15, 2010 and as grounds therefore states as follows:

1. A scheduling order was entered in this case on December 1, 2009. The only deadline remaining in the Scheduling Order is the deadline for dispositive pretrial motions. On May 18, 2010 this court granted Defendant Mary Yeh's Consent Motion for Extension of Time which rescheduled the dispositive motions deadline to August 16, 2010. On August 16, 2010 this court granted Defendant Mary Yeh's Consent Motion for Extension of Time, extending the dispositive motions deadline to October 1, 2010. On October 1, 2010 this court granted Defendant Mary Yeh's Consent Motion for Extension of Time extending the dispositive motion deadline to November 15, 2010.

2. At least some of the parties intend to file cross dispositive pretrial motions on the issue of the individual defendants' personal liability. The filing of such motions will consume significant time and the resources of the parties.

3. Counsel for the Plaintiffs has met with Defendant Viable Communications Inc.'s potential buyer to discuss a possible resolution of this matter. However, until federal criminal charges pending in the United States District Court for the District of New Jersey, against Defendants Viable Communications, Inc. ("Viable") are resolved, settlement negotiations in the instant case are at a standstill.

4. On October 28, 2010 Defendants John Yeh and Joseph Yeh entered guilty pleas in the criminal case. A decision by the U.S. Department of Justice as to the disposition of the criminal charges against Defendant Viable is expected in the next few weeks.

5. As previously stated, upon the resolution of the criminal case against Viable, the Parties to this case hope to enter into settlement negotiations to resolve the present case without the need for dispositive pretrial motions and trial.

6. Accordingly, the parties believe an extension of the dispositive pretrial motions deadline until December 15, 2010 is appropriate to determine if the criminal case will be resolved in such a way that will permit the parties to resolve the present case. The parties are optimistic that this modest extension will facilitate the efficient resolution of this case.

WHEREFORE, the parties respectfully request that this Court enter an Order (i) extending the Dispositive Pretrial Motions' Deadline to December 15, 2010; and (ii) granting such other and further relief as this Honorable Court deems just and proper.

        Respectfully submitted,

        /s/
        Stanley J. Reed, Bar No. 00315
        Julie A. Reddig, Bar No. 28047
        Lerch, Early & Brewer, Chtd.
        3 Bethesda Metro Center, Suite 460
        Bethesda, MD 20814
        Tel. 301.657.0177
        Fax 301.347.1796
        E-mail: sjreed@lerchearly.com
        E-mail: jareddig@lerchearly.com
        *Counsel for Defendant Mary Yeh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November 2010, a true and correct copy of the forgoing was served via ECF on:

| | |
|---|---|
| R. Scott Oswald, Bar No. 25391<br>Nicholas Woodfield, D. Md. Bar No. 15474<br>The Employment Law Group, P.C.<br>888 17th Street, NW, Suite 900<br>Washington, D.C. 20006<br>(202) 261-2806 (Phone)<br>(202) 261-2835 (Facsimile)<br>soswald@employmentlawgroup.com<br>nwoodfield@employmentlawgroup.com<br>*Counsel for Plaintiffs Sandra Young, et al* | John P. Pierce, D. Md. Bar No. 15660<br>THE PIERCE LAW GROUP LLC<br>4641 Montgomery Avenue, Suite 500<br>Bethesda, MD 20814<br>Tel. (301) 657-4433<br>Fax (301) 657-1433<br>John.Pierce@ThePierceLawGroup.com<br>*Counsel for Defendant Viable Communications, Inc.* |

I HEREBY CERTIFY that on this 12th day of November 2010, a true and correct copy of the forgoing was served via United States Mail, First Class Postage prepaid, on:

| | |
|---|---|
| John Yeh<br>9401 Fox Hollow Drive<br>Potomac, MD 20854<br>*Pro se Defendant* | Joseph Yeh<br>7117 Intrepid Lane<br>Gaithersburg, MD 20879<br>*Pro se Defendant* |

        /s/
        Julie A. Reddig
        *Counsel for Mary Yeh*